FILED
CLERK, U.S. DISTRICT COURT
02/11/22
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

LINK 24

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI JARMAN, INDIVIDUALLY, and for THE JANIS WHEELER FAMILY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA; and DOES 1 to 10,<br><br>Defendants. | Case No. 5:21-cv-00700-PSG(SPx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

Pursuant to the stipulation of the Parties, the Court hereby orders that the above-captioned matter is dismissed with prejudice in its entirety, each side to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 02/11/22                           _____
                                           UNITED STATES DISTRICT JUDGE

{06305712.1}
[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

# PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF SAN FRANCISCO )

I am employed in the County of San Francisco, State of California. I am over the age of 21 and am not a party to the within action. My business address is Maynard, Cooper & Gale, LLP, Two Embarcadero Center, Suite 1450, San Francisco, California 94111. On the date indicated below, I served the foregoing document described as:

**[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**

on the interested parties in this action by placing: [ ] the original document - OR- [X] a true and correct copy thereof enclosed in sealed envelopes addressed as follows:

Gregory D. Angus (SBN 210327)
Attorney at Law
6825 Magnolia Avenue, Suite C
Riverside, CA 92501
Tel: (951) 781-6555
Fax: (951) 781-6550
Email: greg@theangusfirm.com

Attorneys for Plaintiff

[X]   **BY CM/ECF ELECTRONIC SERVICE:** The following are registered CM/ECF users with the Court and have consented to service through the Court's automatic transmission of a notice of electronic filing.

I declare that I am employed in the office of a member who has been admitted to the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 10, 2022, in San Francisco, California.

_____
Brian Day

{06305712.1}

2

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE